# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VIRGINIA KRUTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:21-cv-00343-EAS-KAJ |
| | ) |
| KEVIN JOHNSTON, | ) |
| STINGRAY ENERGY SERVICES, L.L.C., | ) |
| and MAMMOTH ENERGY SERVICES, INC., | ) |
| f/k/a MAMMOTH ENERGY PARTNERS, L.P., | ) |
| | ) |
| Defendants. | ) |

## VOLUNTARY DISMISSAL
## WITH PREJUDICE

COMES NOW Plaintiff VIRGINIA KRUTA, by and through her attorney, BRIAN W. BURGE of MEYERJENSEN, P.C. and hereby voluntarily dismisses with prejudice her cause of action against the Defendants. By agreement of the parties, Plaintiff and Defendants are to each bear their own costs.

MEYERJENSEN, P.C.

By: /s/ Brian W. Burge
BRIAN W. BURGE, #6334663
2010 State Street
Alton, Illinois 62002
Telephone: (618) 463-1004
Facsimile: (618) 463-0989
Email: brian@meyerjensen.com